IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KATHERINE J. WILLIAMS, | ) | 4:18CV3118 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BRYAN MEDICAL CENTER, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's unopposed motion to file under restricted access (filing 29) is granted, and, pursuant to NECivR 5.3(c), that access to Exhibits A4, A5, and A28 (filing 30) shall be restricted to parties of record and court users.

DATED this 18th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge